**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CIVIL ACTION NO: 1:23-CV- 002-GNS-HBB**

RACHEL NEAL,
STARLA COONS, and
KAMI HARTMIRE                                                                                       PLAINTIFFS

V.

COMMONWEALTH HEALTH
CORPORATION, INC. d/b/a
MED CENTER HEALTH                                                                                  DEFENDANT

**AGREED ORDER OF DISMISSAL**

By Agreement of the parties, **IT IS HEREBY ORDERED AND ADJUDGED**, that this action is **DISMISSED** in its entirety, with prejudice, each party shall bear their own costs and attorneys' fees. This is a final and appealable order, there being no just cause for delay.

Greg N. Stivers, Chief Judge
United States District Court

February 19, 2025

**AGREED AND APPROVED FOR ENTRY:**

/s/ Erin Bauer by permission
Erin Bauer, Esq.
Barber & Bauer, LLP
124 SE First Street, Suite 101
Evansville, Indiana 47708
(812) 425-9211
erin@barlegal.net
*Counsel for Plaintiffs*

/s/ D. Gaines Penn
D. Gaines Penn, Esq.
ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street, P.O. Box 770
Bowling Green, KY 42102-0770
(270) 781-6500
gpenn@elpolaw.com
*Counsel for Defendant*